UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD KEITH DURANT, JR.,

    Defendant.
_____/

Case No. 2:14-cr-08

HON. R. ALLAN EDGAR

**ORDER OF DETENTION**

Defendant appeared before the undersigned on December 17, 2014, for an initial appearance and arraignment on an indictment charging Distribution of Methylphenidate Within 1,000 Feet of Prohibited Location, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a) and (e)(1). The court was advised that a state court warrant was found to be outstanding as to the defendant making him ineligible for release at this time. Defendant was advised that he could request a bond hearing when the state court matter was resolved. Accordingly, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Date: December 19, 2014

   /s/ Timothy P. Greeley
   TIMOTHY P. GREELEY
   United States Magistrate Judge