UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:14-cr-8

v.        HON. PAUL L. MALONEY

CLIFFORD KEITH DURANT, JR. ,

        Defendant.
_____/

## **REPORT AND RECOMMENDATION**

On June 12, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 6 violations of the defendant's conditions of supervised release.

An initial appearance was scheduled for August 14, 2017, at which time counsel met with the undersigned in chambers and it was determined that a final hearing would take place later in the week.

On August 17, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, his right to a preliminary hearing and his right to sentencing before a district judge. At this time, the defendant admitted to violations 1 through 6 as set forth in the petition. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised

release as set forth in violations 1 through 6 of the petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date: August 17, 2017  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).