UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-8 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| CLIFFORD KEITH DURANT, JR. | |
| Defendants. | |
| _____/ | |

## **ORDER**

Defendant appeared before the undersigned on April 10, 2019 for an initial appearance on a Petition for Warrant for Offender Under Supervision. (R. 80, Page ID.181.)

Defendant was advised of his rights and the violations, as required by Fed. R. Crim. P. 32.1.

Defendant was also advised of his right to seek release pending further proceedings pursuant to Fed. R. Crim. P. 32.1(a)(6). Defendant was informed that he has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or the community. Defendant did not attempt to make this showing at the initial appearance, but may retain the right to request a detention hearing at a later date. Accordingly, Defendant is detained pending further proceedings.

IT IS ORDERED.

Date:   April 16, 2019           /s/ Maarten Vermaat
                                 MAARTEN VERMAAT
                                 U.S. MAGISTRATE JUDGE